STATE OF NEW JERSEY v. RICHARD RENZO.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANASTASIO KERLOULAS.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH THOMPSON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HOMER DOLLAR.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RABB WALI MUHAMMAD.

April 26, 1988.

Petition for certification denied.